**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KBS AMERICA, INC., a California corporation; MUN HWA BROADCASTING CORPORATION, a South Korean corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MYTV, INC, a New Jersey corporation; YONG KYEONG JI, an individual, YOON BOK LEEPARK, an individual doing business as J&S MY-TVS; NETWORK SOLUTIONS, LLC, a Virginia limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.  CV 08-07753 JFW(JCx)<br><br>**PRELIMINARY INJUNCTION** |

The Court, having previously issued a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction in this matter; and having

LIM, RUGER & KIM, LLP

00140436

---

1
[PROPOSED] PRELIMINARY INJUNCTION

considered the supporting and opposing papers and hearing oral argument on December 15, 2008 on the Order to Show Cause; and having then permitted the parties to conduct expedited discovery and submit additional argument and evidence; and having considered the additional briefs and evidence submitted by the parties; and having found that the matter is appropriate for decision without further oral argument,

IT IS HEREBY ORDERED, in accordance with Rule 65 of the Federal Rules of Civil Procedure, that defendants MyTV, Inc., Yong Kyeong Ji, Yoon Bok Leepark doing business as J&S My-TVs, (collectively, "MYTV Defendants") and all of their agents, servants, and employees, and those persons in active concert or participation or privity with any of them who receive actual notice of this order by personal service or otherwise, are enjoined during the pendency of this action from the following activities:

1.  From transmitting, displaying publicly, performing publicly, copying, and/or preparing derivatives of plaintiffs' proprietary audiovisual works, whether they currently exist or will be created in the future, including but not limited to any programming content broadcast by Korean Broadcasting System or Mun Hwa Broadcasting Corporation; and

2.  From selling or offering to sell any system, device, technology or service which allows or purportedly allows purchasers to view any of plaintiffs' proprietary audiovisual works, whether they currently exist or will be created in the future, including but not limited to any programming content broadcast by Korean Broadcasting System or Mun Hwa Broadcasting Corporation. Nothing in this paragraph shall prohibit the MYTV Defendants from selling existing "set-top boxes" provided that purchasers of such "set-top boxes" are unable to receive either KBS or MBC broadcasts or content during the pendency of the injunction.
///

1  IT IS FURTHER ORDERED that within two business days of the Court
2 signing this preliminary injunction, plaintiffs shall post a bond of $100,000.  This
3 bond shall be in addition to the $50,000 bond previously posted by plaintiffs in
4 connection with plaintiffs' request for a Temporary Restraining Order, thereby
5 making the total bond amount posted equal to $150,000.

8 Dated: January 20, 2009   _____
9                                                                    John F. Walter,
                                                                         United States District Judge

10 cc: Fiscal

LIM, RUGER & KIM, LLP

00140436

3
[PROPOSED] PRELIMINARY INJUNCTION