LIM, RUGER & KIM, LLP

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KBS AMERICA, INC., a California corporation; MUN HWA BROADCASTING CORPORATION, a South Korean corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MYTV, INC, a New Jersey corporation; YONG KYEONG JI, an individual, YOON BOK LEEPARK, an individual doing business as J&S MY-TVS; NETWORK SOLUTIONS, LLC, a Virginia limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.  CV08-7753 JFW (JCx)<br><br>**ORDER TO SHOW CAUSE RE CIVIL CONTEMPT TO MYTV, INC., YONG KYEONG JI, YOON BOK LEEPARK AND DOUGLAS HONG FOR VIOLATION OF PERMANENT INJUCTION**<br><br>Date:　November 2, 2009<br>Time:　1:30 p.m.<br>Place:　312 N. Spring Street<br>　　　　Courtroom 16<br>　　　　Los Angeles, CA 90016 |

1　　The Court having considered the Application for Order to Show Cause of plaintiffs KBS America, Inc. and Mun Hwa Broadcasting Corporation, the Memorandum of Points and Authorities, the Declarations of Jane Kim, Jeffrey Chang, Josephine Choi, Bryan King Sheldon and Julie Kwun, and supporting exhibits filed by plaintiffs and on file herein, and good cause appearing therefor,

　　IT IS HEREBY ORDERED that MyTV, Inc., a New Jersey corporation; Yong Kyeong Ji, an individual; Yoon Bok Leepark, an individual doing business as J&S MYTVs; and Douglas Hong, an individual, shall show cause, if any there may be, at **1:30 p.m., on November 2, 2009 in the courtroom of the Honorable John F. Walter, located at 312 N. Spring Street, Courtroom 16, Los Angeles, California 90016**, why they should not be held in civil contempt for violation of the following provisions of the permanent injunctions contained in the judgments entered on June 1, 2009 and June 23, 2009 by this Court:

　　1.　From transmitting, displaying publicly, performing publicly, copying, and/or preparing derivatives of plaintiffs' proprietary audiovisual works, whether they currently exist or will be created in the future, including but not limited to any programming content broadcast by Korean Broadcasting System or Mun Hwa Broadcasting Corporation; and

　　2.　From selling or offering to sell any system, device, technology or service which deliver any of plaintiffs' proprietary audiovisual works to their end-users, whether such works currently exist or will be created in the future, including but not limited to any programming content broadcast by Korean Broadcasting System or Mun Hwa Broadcasting Corporation.  Nothing in this paragraph shall prohibit defendants from selling existing "set-top boxes" provided that purchasers of such "set-top boxes" are unable to receive either Korean Broadcasting System or Mun Hwa Broadcasting Corporation broadcasts.

///

IT IS FURTHER ORDERED that **MyTV, Inc., Yong Kyeong Ji, Yoon Bok Leepark and Douglas Hong shall file with the Court their response to the Order to Show Cause on or before October 19, 2009,** and that plaintiffs shall file their reply to such response on or before **October 26, 2009**.  Both the response and the reply should be supported by declarations and documentary evidence, along with a certified translation, and a copy of the document being translated, if applicable.

IT IS SO ORDERED.

Dated: October 6, 2009

_____
John F. Walter
United States District Judge