Chan Yong Jeong (Bar No. 255244)
Amina Diaz (Bar No. 242476)
J. David Likens (Bar No. 264402)
**Law Offices of Chan Yong Jeong**
3435 Wilshire Blvd. Suite 1740
Los Angeles, California 90010
Telephone: (213) 388-6612
email: Jeong@jeonglawfirm.com
         Amina@jeonglawfirm.com

Attorneys for respondents MyTV, Inc. et al.

**CLOSED**

NOTE: CHANGE MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KBS AMERICA, INC., a California corporation; MUN HWA BROADCASTING CORPORATION, a South Korean corporation,<br><br>                Plaintiffs,<br><br>    v.<br><br>MYTV, INC, a New Jersey corporation; YONG KYEONG JI, an individual, YOON BOK LEEPARK, an individual doing business as J&S MY-TVS; NETWORK SOLUTIONS, LLC, a Virginia limited liability company; and DOES 1 to 10, inclusive,<br><br>                Defendants. | Case No.  CV 08-7753 JFW(JCx)<br><br>**ORDER RE CIVIL CONTEMPT AS TO DEFENDANTS MYTV, INC., YONG KYEONG JI AND YOON BOK LEEPARK, AND RESPONDENT DOUGLAS HONG** |

00180030.doc

1
**ORDER RE CIVIL CONTEMPT**

The Court having read and fully considered all papers submitted in connection with plaintiffs KBS America, Inc. and Mun Hwa Broadcasting Corporation's Application and Order to Show Cause Why MyTV, Inc., Yong Kyeong Ji, Yoon Bok Leepark, and Douglas Hong Should Not Be Found in Contempt of Court for Violation of Permanent Injunction; and

The Court having heard oral argument of counsel, testimony of witnesses Yong Kyeong Ji and Douglas Hong, and having considered exhibits admitted thereto on November 2, 2009; and

The Court having made findings of fact and conclusions of law dated December 29, 2009 in connection therewith,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that MyTV, Inc., a New Jersey corporation; Yong Kyeong Ji, an individual; and Douglas Hong, an individual are in civil contempt for violating the permanent injunction arising out of the Court's judgments on June 1, 2009 and June 23, 2009.

IT IS FURTHER ORDERED that said contemnors shall forthwith turn over to the United States Marshal all set-top boxes capable of use in the MyTV System which are in their possession, custody or control, until such time as contemnors satisfy the Court that said set-top boxes cannot be used for the rebroadcast Korean Broadcasting System and Mun Hwa Broadcasting Corporation's programming in violation of the injunctions entered in this action.

IT IS FURTHER ORDERED that said contemnors shall forthwith produce to counsel for Plaintiffs a copy of all papers, documents, records, and electronically stored information which pertain or relate to the sale, **in the United States**, of any set-top box or subscription to the MyTV system after issuance of the Temporary Restraining Order on December 1, 2008.

IT IS FURTHER ORDERED that the Order to Show Cause as to Yoon Bok Leepark, an individual doing business as J&S MYTVs, is discharged.

Dated: December 29. 2009      _____
                                           John F. Walter
                                           United States District Judge

Approved as to form and content.

     /s/
_____
Bryan King Sheldon
Attorneys for Plaintiffs KBS America, Inc. and
Mun Hwa Broadcasting Corporation


     /s/
_____
Chan Yong Jeong
Attorneys for Defendants MyTV, Inc., Yong Kyeong Ji,
and Yoon Bok Leepark, and Respondent Douglas Hong