Bryan King Sheldon (Bar No. 116219)
Norma Nava (Bar No. 266827)
**LIM RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 955-9500
email: bryan.sheldon@limruger.com
email: norma.nava@limruger.com

Attorneys for Plaintiffs KBS America, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KBS AMERICA, INC., a California corporation; MUN HWA BROADCASTING CORPORATION, a South Korean corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MYTV, INC, a New Jersey corporation; YONG KYEONG JI, an individual, YOON BOK LEEPARK, an individual doing business as J&S MY-TVS; NETWORK SOLUTIONS, LLC, a Virginia limited liability company; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. CV 08-7753 JFW(JCx) <br><br> **ORDER GRANTING JOINT STIPULATION RE: TURN OVER OF MYTV, INC. PROPERTY** |

---

1
**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: TURN OVER OF MYTV, INC. PROPERTY**

After considering the stipulation executed by all parties, regarding Defendant MyTV, Inc.'s turn over of property to Plaintiffs, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1) Defendants shall turn over to Plaintiffs all set-top boxes for storage, until further order from the court.

2) Plaintiffs shall store all set top boxes in the packaging they are delivered and will not damage, destroy, use, or in any way alter Defendants' set-top boxes, until the court instructs Plaintiffs on further handling of the property.

3) Plaintiffs shall use ordinary care to ensure the safekeeping of the set top boxes, and shall not be held to insure or guarantee their safekeeping or held liable for any loss or damage to the set top boxes unless Plaintiffs fail to exercise ordinary care in their storage.

4) The set top boxes will be stored indoors and ordinary care will be used to secure them from exposure to the elements, but no special environmental conditions need be provided.

5) In the event Contemnors do not obtain an order from the Court requiring the release of the set top boxes within three years from the date of this order, Plaintiffs may destroy or dispose of the set top boxes, without additional notice to Contemnors or further order from the Court.

DATED: February 16, 2010

_____
John F. Walter
United States District Judge